Edgar BASS, Appellant, v. STATE, Appellee.
No. 23952.

Court of Criminal Appeals of Texas.

Dec. 3, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder without malice, and punishment assessed at five years in the penitentiary.

From this judgment appellant appealed. He now files his personal affidavit advising that he does not desire to prosecute his appeal further, and at his request the appeal is dismissed.